UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| -vs- | : NO. 3:CR-06-59 |
| | : (Judge Kosik) |
| RODNEY BOOMER a/k/a "RON," | : |
| Defendant | : |

## **ORDER**

AND NOW, this 13th day of April, 2007, in consideration of the Motion to Withdraw as Counsel filed by Attorney Deborah Albert-Heise,

IT IS HEREBY ORDERED that a hearing on the said motion is scheduled for Tuesday, April 24, 2007 at 8:30 a.m.

**The Defendant's presence is <u>required</u> at the hearing. The U.S. Marshal's Office is so notified.**

                                                      s/Edwin M. Kosik
                                                      United States District Judge